# UNITED STATES DISTRICT COURT

                  EASTERN                  **District of**                  CALIFORNIA                  

| | |
|---|---|
| JUANITA I. RIVERA,<br>　　　　Plaintiff<br><br>　　　　V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>　　　　Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:09-AT-00870 |

　　　　Having considered the application to proceed without prepayment of fees under 28 USC §1915;

　　　　IT IS ORDERED that the application is:

X　　GRANTED.

　　　X　The clerk is directed to file the complaint.

　　　X　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐　　DENIED, for the following reasons:

_____
_____

ENTER this     9th     day of           November          ,     2009     .

　　　　　　　　　　　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　　SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　　Name and Title of Judicial Officer